**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur**, Detainee, United States Naval Station at Guantánamo Bay, Cuba; and **JUMAH AL DOSSARI**, as the Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, <br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> **GEORGE W. BUSH, et al.,** <br> *Respondents/Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:06-cv-01754-GK <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioners AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, and JUMAH AL DOSSARI, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, in this matter. Service upon counsel may be made to:

>       Lowell E. Sachnoff
>       Matthew J. O'Hara
>       Adam R. Chiss
>       **SACHNOFF & WEAVER, LTD.**
>       10 South Wacker Drive, 40th Floor
>       Chicago, Illinois  60606
>       Tel.:  (312) 207-1000
>       Fax:  (312) 207-6400

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated:  November 6, 2006          Respectfully submitted,

                                  Counsel for Petitioner:

                                  */s/ Matthew J. O'Hara*
                                  Lowell E. Sachnoff  (Illinois Bar No. 02438062)
                                  Matthew J. O'Hara  (Illinois Bar No. 6237795)
                                  Adam R. Chiss  (Illinois Bar No. 6272056)
                                  **SACHNOFF & WEAVER, LTD.**
                                  10 South Wacker Drive, 40th Floor
                                  Chicago, Illinois  60606
                                  Tel:  (312) 207-1000
                                  Fax:  (312) 207-6400

#909249

## CERTIFICATE OF SERVICE

I, Matthew J. O'Hara, hereby certify that on November 6, 2006, I caused a copy of the foregoing Notice of Appearance of Petitioners AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, and JUMAH AL DOSSARI, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, to be served via first-class mail, proper first-class postage prepaid, upon the following:

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Rear Admiral Harry B. Harris, Jr.
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Wade F. Davis
Commander, JDOG
JTF-GTMO
APO AE 09360

Kenneth L. Wainstein, Esq.
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC 20530

*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
mohara@sachnoff.com

*Attorneys for Petitioners Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, and Jumah Al Dossari, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur*