IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
**AL-HASAN LEGSEIREIN, a/k/a Yusif** )
**Khalil Abdallah Nur, Detainee, United** )
**States Naval Station at Guantánamo Bay,** )
**Cuba; and JUMAH AL DOSSARI, as the** )
**Next Friend of Al-Hasan Legseirein, a/k/a** )
**Yusif Khalil Abdallah Nur,** )
    *Petitioners/Plaintiffs*, )
)
v. ) Civil Action No. 1:06-cv-01754-GK
)
**GEORGE W. BUSH, et al.,** ) **NOTICE OF APPEARANCE**
    *Respondents/Defendants*. )
_____)

    PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioners AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, and JUMAH AL DOSSARI, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, in this matter. Service upon counsel may be made to:

        Lowell E. Sachnoff
        Matthew J. O'Hara
        Adam R. Chiss
        **SACHNOFF & WEAVER, LTD.**
        10 South Wacker Drive, 40th Floor
        Chicago, Illinois 60606
        Tel.:  (312) 207-1000
        Fax:  (312) 207-6400

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated: November 7, 2006        Respectfully submitted,

                                    Counsel for Petitioner:

                                    */s/ Lowell E. Sachnoff*
                                    Lowell E. Sachnoff (Illinois Bar No. 02438062)
                                    Matthew J. O'Hara (Illinois Bar No. 6237795)
                                    Adam R. Chiss (Illinois Bar No. 6272056)
                                    **SACHNOFF & WEAVER, LTD.**
                                    10 South Wacker Drive, 40th Floor
                                    Chicago, Illinois 60606
                                    Tel: (312) 207-1000
                                    Fax: (312) 207-6400

#909795

**CERTIFICATE OF SERVICE**

    I, Lowell E. Sachnoff, hereby certify that on November 7, 2006, I caused a copy of the foregoing Notice of Appearance of Petitioners AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, and JUMAH AL DOSSARI, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, to be served via first-class mail, proper first-class postage prepaid, upon the following:

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Rear Admiral Harry B. Harris, Jr.
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Wade F. Davis
Commander, JDOG
JTF-GTMO
APO AE 09360

Kenneth L. Wainstein, Esq.
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC 20530

*/s/ Lowell E. Sachnoff*
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
lsachnoff@sachnoff.com

*Attorneys for Petitioners Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, and Jumah Al Dossari, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur*