IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, Detainee, United States Naval Station at Guantánamo Bay, Cuba; and JUMAH AL DOSSARI, as the Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents/Defendants*. | Civil Action No. 1:06-cv-01754-GK<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioners AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, and JUMAH AL DOSSARI, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, in this matter. Service upon counsel may be made to:

>Lowell E. Sachnoff
>Matthew J. O'Hara
>Adam R. Chiss
>**SACHNOFF & WEAVER, LTD.**
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois  60606
>Tel.:   (312) 207-1000
>Fax:   (312) 207-6400

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated:  November 7, 2006

Respectfully submitted,

Counsel for Petitioner:

*/s/ Adam R. Chiss*
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
Tel:   (312) 207-1000
Fax:   (312) 207-6400

#909793

## **CERTIFICATE OF SERVICE**

I, Adam R. Chiss, hereby certify that on November 7, 2006, I caused a copy of the foregoing Notice of Appearance of Petitioners AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, and JUMAH AL DOSSARI, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, to be served via first-class mail, proper first-class postage prepaid, upon the following:

| | |
|---|---|
| George W. Bush<br>President, United States of America<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, DC 20301-1000 | Donald Rumsfeld<br>Secretary, United States Dep't of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 |
| Rear Admiral Harry B. Harris, Jr.<br>Commander, Joint Task Force-GTMO<br>JTF-GTMO<br>APO AE 09360 | Army Col. Wade F. Davis<br>Commander, JDOG<br>JTF-GTMO<br>APO AE 09360 |
| Kenneth L. Wainstein, Esq.<br>U.S. Attorney<br>District of Columbia District<br>Judiciary Center<br>555 4th Street, NW<br>Washington, DC 20530 | |

*/s/ Adam R. Chiss*
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
achiss@sachnoff.com

*Attorneys for Petitioners Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, and Jumah Al Dossari, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur*