UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AL-HASAN LEGSEIREIN,           :
                               :
         Petitioner,           :
                               :
    v.                         :      Civil Action No. 06-1754 (GK)
                               :
GEORGE W. BUSH, *et al.*,      :
                               :
         Defendants.           :

## ORDER

On October 16, 2006, Petitioner Al-Hasan Legseirein filed a Petition for Writ of Habeas Corpus by Next Friend Jumah Al Dossari. It is hereby

**ORDERED** that Respondents shall show cause by **January 10, 2007** why the Petition should not be granted.


November 27, 2006            /s/ _____
                             Gladys Kessler
                             United States District Judge


**Copies via ECF to all counsel of record**