CERTIFICATION OF SERVICE

I, BARBARA J. OLSHANSKY, ESQ., hereby certify that, on December 7, 2006, I caused two (2) copies of Petitioner Al-Hasan Legseirein and Petitioner and Next Friend Jumah Al Dossari's Petition for Writ of Habeas Corpus to be served,

via certified mail, return receipt requested, upon the following:

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, DC 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Rear Admiral Harry B. Harris, Jr.
United States Navy
Navy Pentagon
Washington, DC 20310-0200

Army Col. Wade F. Davis
United States Army
Army Pentagon
Washington, DC 20310-0200

via first-class mail, upon the following:

Rear Admiral Harry B. Harris, Jr.
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Wade F. Davis
Commander, JDOG
JTF-GTMO
APO AE 09360

Terry Henry
Andrew Warden
U.S. Department of Justice, Civil Division, Suite 7144
20 Massachusetts Avenue, NW
Washington, DC 20530

and via hand delivery upon the following:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC 20530

_Barbara J. Olshansky_
Barbara J. Olshansky, Esq.

Dated: December 7, 2006