IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, Detainee, United States Naval Station at Guantánamo Bay, Cuba; and JUMAH AL DOSSARI, as the Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur,<br>　　*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>　　*Respondents/Defendants*. | Civil Action No. 1:06-cv-1754-GK |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Petitioners Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, and Jumah Al Dossari, as the Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur (together, the "Petitioners"), by their attorneys, hereby dismiss the above-captioned matter without prejudice. Petitioners file this Notice of Voluntary Dismissal in express reliance upon the representation by the Respondents that the petitioner-detainee in this case, whom Petitioners' counsel have identified as having Internment Serial Number 73, (listed on a United States Department of Defense list of Guantánamo Bay detainees as Yusif Khalil Abdallah Nur), was transferred from Guantánamo Bay and repatriated to Saudi Arabia in June 2006.

DATED: January 4, 2007

        Respectfully submitted,

        AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil
        Abdallah Nur, and JUMAH AL-DOSSARI,
        *Petitioners*

        By: /s/ Matthew J. O'Hara

        Lowell E. Sachnoff (Illinois Bar No.02438062)
        Matthew J. O'Hara (Illinois Bar No. 6237795)
        Adam R. Chiss (Illinois Bar No. 6272056)
        **SACHNOFF & WEAVER, LTD.**
        10 S. Wacker Drive, 40th Floor
        Chicago, IL 60606
        (312) 207-1000
        mohara@sachnoff.com

        Barbara J. Olshansky
        **CENTER FOR CONSTITUTIONAL RIGHTS**
        666 Broadway
        7th Floor
        New York, NY 10012
        (212) 614-6439

        *Counsel for Petitioners*

199982/0542/922781

## CERTIFICATE OF SERVICE

  I, Matthew J. O'Hara, state that on January 4, 2007, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(i) on behalf of Petitioners AL-HASAN LEGSEIREIN, a/k/a Yusif Khalil Abdallah Nur, and JUMAH AL DOSSARI, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, with the Clerk of the Court using the ECF system, which will send notification of such filings to counsel of record who are registered ECF users.

*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
mohara@sachnoff.com

*Attorneys for Petitioners Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur, and Jumah Al Dossari, as Next Friend of Al-Hasan Legseirein, a/k/a Yusif Khalil Abdallah Nur*